

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2022

No. 04-22-00460-CV

**MILLSWORTH ENTERPRISES, LLC**,
Appellant

v.

**TEXAS FIRST RENTALS, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04865
Honorable David A. Canales, Judge Presiding

# O R D E R

On July 26, 2022, appellant filed a motion for extension of time to file its notice of appeal. That motion is currently held in abeyance pending the filing of the clerks' record. The clerk's record and reporter's record were originally due on August 23, 2022. Appellant was ordered to provide written proof that both records had been paid for.

Appellant is represented on appeal by Mr. Ryan Lurich. On September 2, 2022, Mr. Lurich provided written proof that payment has been made to the Bexar County District Clerk for the clerk's record and to Ms. Rachelle Thompson for the reporter's record.

The Bexar County District Clerk is hereby ORDERED to file the clerk's record in this appeal **no later than October 6, 2022**.

Ms. Thompson is hereby ORDERED to file the reporter's record **no later than October 6, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2022.



MICHAEL A. CRUZ, Clerk of Court